No. 607. Standard Oil Company of New Jersey *v.* Southern Pacific Company et al. November 12, 1923.

Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. W. H. McGrann* and *Mr. John M. Woolsey* for petitioner. *Mr. D. Roger Englar, Mr. T. Catesby Jones* and *Mr. Charles C. Burlingham* for respondents.